32 A.3d 706

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Saeed CLARK, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 2011.

No. 425 EAL 2011.

Section 9542 contemporaneously. *See* Act of April 13, 1988, P.L. 336, No. 47 § 3 (as amended 42 Pa.C.S. §§ 9541–9546).

## ORDER

PER CURIAM.

And now, this 30th day of November, 2011 the Petition for Allowance of Appeal is hereby **DENIED.**

The Motion to Withdraw as Counsel filed by Attorney Barbara A. McDermott is hereby **GRANTED.**